**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL WATKINS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 2:26-cv-02602-BCL-TMP |
| BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Defendants Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC (together "Defendants"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A), respectfully request that the Court extend their respective time to respond to the Class Action Complaint (Doc. 1, "Complaint") from June 24, 2026, until and including August 24, 2026. A proposed order will be provided via electronic mail in Word processing format to the Court's ECF mailbox for the Court's consideration. In support of this Motion, Defendants state as follows:

1. The instant action stems from a data security incident that impacted Defendants in April 2025 (the "Incident"). (Doc. 1, ¶ 25.)

2. On May 28, 2026, Plaintiff filed his Complaint. (Doc. 1.)

3. On June 3, 2026, Defendants were served with the summons and Complaint. (Doc. 8.) Accordingly, their deadline to file their response to the Complaint is June 24, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. There are five related class actions arising out of the Incident currently pending in this Court, captioned as follows:

a. *Michael Watkins v. Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC*, Case No. 2:26-cv-02602 (W.D. Tenn.);

b. *Jose Briceno v. Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC*, Case No. 2:26-cv-02620 (W.D. Tenn.);

c. *Michael Brooks v. Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC*, 2:26-cv-02621 (W.D. Tenn.);

d. *Kentron Simmons v. Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC*, 2:26-cv-02622 (W.D. Tenn.); and

e. *Salvatore Diquinzio and Jarrett Labate v. Barnhart Crane and Rigging Co. and Barnhart Crane and Rigging, LLC*, 2:26-cv-02699 (W.D. Tenn.) (together the "Related Actions")

5. Plaintiffs in the Related Actions have indicated they intend to seek consolidation of the Related Actions.

6. Accordingly, Defendants respectfully request that they be provided an additional sixty (60) days to respond to the Complaint to provide additional time for potential consolidation of the Related Actions.

7. Undersigned counsel conferred with counsel for Plaintiff about the requested extension and has been authorized to represent that Plaintiff does not oppose this request for extension.

8. Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: … with or

without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

9. It is within the Court's discretion to provide for extensions of response deadlines. *See* Fed. R. Civ. P. 6(b)(1)(A); *see also Woolum v. Conway*, 74 F.3d 1241, 1241 (6th Cir. 1995) (discussing district court's discretion to grant extensions of time).

10. No party would be prejudiced by the relief sought in this Motion. Moreover, a short extension should not interfere with the administration of this case as no scheduling order has been entered.

11. Pursuant to Local Rule 7.2(a)(1)(A), a proposed order will be provided via electronic mail in Word processing format to the Court's ECF mailbox for the Court's consideration.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court enter an order extending their time to respond to the Complaint to and including August 24, 2026.

Respectfully submitted, this 23rd day of June, 2026.

By: */s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333
(admitted in W.D. Tenn.)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Tel.: (404) 459-0050
Fax: (404) 459-5734
Email: cwiech@bakerlaw.com

*Attorney for Defendants*

## LOCAL RULE 7.2 (a)(1)(B) CERTIFICATE

In accordance with Local Rule 7.2(a)(1)(B), counsel for Defendants met and conferred via electronic mail with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff does not oppose the relief sought.

/s/ Christopher A. Wiech
Christopher A. Wiech

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing **Defendants' Unopposed Motion for Extension of Time to Respond to Complaint and Memorandum of Law in Support** to be electronically filed with the Court using CM/ECF, which will automatically notify all counsel of record as follows:

J. Gerard Stranch, IV
Grayson Wells
John C. Roberts
**Stranch, Jennings & Garvey, PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615.254.8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina Borrelli
**Strauss Borrelli PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: 872.263.1100
raina@straussborrelli.com

This 23rd day of June, 2026.

/s/ Christopher A. Wiech
Christopher A. Wiech