**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSE**

| | |
|---|---|
| MICHAEL WATKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC,<br><br>Defendants. | Case No. 2:26-cv-02602<br><br>Class Action<br><br>JURY DEMAND<br><br>District Judge Brian C. Lea<br>Chief Magistrate Judge Tu M. Pham |
| JOSE BRICENO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC,<br><br>Defendants. | Case No. 2:26-cv-02620<br><br>Class Action<br><br>JURY DEMAND<br><br>District Judge Brian C. Lea<br>Chief Magistrate Judge Tu M. Pham |
| MICHAEL BROOKS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC,<br><br>Defendants. | Case No. 2:26-cv-02621<br><br>Class Action<br><br>JURY DEMAND<br><br>Chief Judge Sheryl H. Lipman<br>Magistrate Judge Annie T. Christoff |

| | |
|---|---|
| KENTRON SIMMONS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC,<br><br>Defendants. | Case No. 2:26-cv-02622<br><br>Class Action<br><br>JURY DEMAND<br><br>District Judge Sheryl H. Lipman<br>Chief Magistrate Judge Tu M. Pham |
| SALVATORE DIQUINZIO and JARRETT LABATE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNHART CRANE AND RIGGING CO., and BARNHART CRANE AND RIGGING, LLC,<br><br>Defendants. | Case No. 2:26-cv-02699<br><br>Class Action<br><br>JURY DEMAND<br><br>District Judge Mark S. Norris<br>Chief Magistrate Judge Tu M. Pham |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM LEAD COUNSEL**

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned actions seek entry of an order consolidating *Michael Watkins v. Barnhart Crane and Rigging Co., et al.*, No. 2:26-cv-02602 ("the *Watkins* action"); *Jose Briceno v. Barnhart Crane and Rigging Co., et al.*, No. 2:26-cv-02620 (filed June 2, 2026); *Michael Brooks v. Barnhart Crane and Rigging Co., et al.*, No. 2:26-cv-02621 (filed June 2, 2026); *Kentron Simmons v. Barnhart Crane and Rigging Co.*, et al., No. 2:26-cv-02622 (filed June 2, 2026) and *Salvatore Diquinzio and Jarrett Labate v. Barnhart Crane and Rigging Co., et al.*, No. 2:26-cv-02699 (filed June 17, 2026) (collectively, the "Related Actions"), under the lowest numbered *Watkins* action, No. 2:26-cv-

02602, and with the new title "*In re Barnhart Crane and Rigging Data Security Incident Litigation*." Moreover, Plaintiffs request that the Court's order require Plaintiffs to file a consolidated complaint with forty-five days of the Court's order granting consolidation, with Defendant having forty-five days to answer or otherwise respond. And pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs move the Court to appoint Grayson Wells of STRANCH, JENNINGS & GARVEY, PLLC ("Proposed Interim Class Counsel") as interim class counsel for Plaintiffs.

For the reasons set forth in the accompanying Memorandum of Law in Support of this motion contemporaneously filed herewith, Plaintiffs respectfully request that the Court enter an Order consolidating the above actions and appointing Grayson Wells as Interim Lead Counsel, pursuant to Fed. R. Civ. P. 23(g). A proposed order is submitted herewith. Accordingly, Plaintiffs' motion should be granted.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Grayson Wells*

J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

***Counsel for Plaintiffs Michael Watkins, Jose Briceno, Michael Brooks, and Kentron Simmons***

Raina Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611

Tel: (872) 263-1100
raina@straussborrelli.com

***Counsel for Plaintiff Michael Watkins***

Tyler Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
tbean@sirillp.com

***Counsel for Plaintiff Jose Briceno***

Sean Short*
Arkansas Bar No. 2015079
sshort@eksm.com
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

***Counsel for Plaintiff Jose Briceno***

William B. Federman*
Jonathan Herrera*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
E: wbf@federmanlaw.com
E: jjh@federmanlaw.com

***Counsel for Plaintiff Michael Brooks***

Leanna L. Loginov*
**SHAMIS & GENTILE P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

***Counsel for Plaintiff Kentron Simmons***

Russell W. Lewis, IV (TN BPR 24570)
**JOHNSON LAW GROUP**
1019 16th Ave. S.
Nashville, TN 37212
(615) 200-1122
rlewis@johnsonlawgroup.com
*Lic. in AZ, CA, FL, GA, IL, IN, KY, MN, NC, OH, PA, TN only

***Counsel for Plaintiffs Diquinzio and Labate***

Bart D. Cohen*
Panida A. Anderson*
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
(202) 463-2101
tmathews@baileyglasser.com
bcohen@baileyglasser.com
panderson@baileyglasser.com

***Counsel for Plaintiffs Diquinzio and Labate***

David D. Bibiyan*
Younjin (Jennifer) Lee*
**BIBIYAN LAW GROUP, P.C.**
1460 Wilshire Boulevard
Los Angeles, California 90024
Telephone: (310) 438-5555
david@tomorrowlaw.com
jlee@tomorrowlaw.com

***Counsel for Plaintiffs Diquinzio and Labate***

***Pro Hac Vice* forthcoming**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, a true and correct copy of the foregoing was filed with the United States District Court, Western District of Tennessee, via their CM/ECF system which will send a copy to all counsel of record.

*/s/ Grayson Wells*
Grayson Wells (TN BPR 039658)

**CERTIFICATE OF CONFERRAL**

I hereby certify that I have conferred with counsel for Defendants and counsel for Plaintiffs in the Related Actions referenced above, and this Motion to Consolidate the Related Actions and Appoint Interim Lead Counsel is unopposed.

*/s/ Grayson Wells*
Grayson Wells (TN BPR 039658)