**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

MICHAEL WATKINS, on behalf of himself
and all others similarly situated,

    Plaintiffs,

    v.

BARNHART CRANE AND RIGGING
CO., and BARNHART CRANE AND
RIGGING, LLC,

    Defendants.

Case No: 2:26-cv-02602-BCL-tmp

Judge Brian C. Lea

## CIVIL CASE ORDER

RELATED ACTIONS: Under Local Rule 3.1, plaintiff should have identified any related

cases in the civil cover sheet. Any other party shall file a notice as to whether any related action

is pending simultaneously with its first filing or other appearance in this matter. The parties

shall utilize the attached form Notice of a Related Action. Each party has a continuing

obligation to file an amended notice within ten (10) days of discovering any ground for

amendment.

DISCLOSURE STATEMENT: This Court screens every case to identify parties and

interested corporations or other entities in which any assigned judge may be a shareholder or

otherwise have an interest, as well as for other matters that might require consideration of

recusal. Accordingly, no later than fourteen (14) days from the date of this Order, each party,

pro se party, governmental party, intervenor, non-party movant, and Rule 69 garnishee shall

file the attached Disclosure Statement and Certification. Any party or entity that appears after

the date of this Order must file the Disclosure Statement simultaneously with its first filing or other appearance.

No party may seek discovery from any source before filing a Disclosure Statement and Certification. A motion, memorandum, response, or other paper—including emergency motion—may be denied or stricken unless the filing party has previously filed its Disclosure Statement and Certification.

Each party has a continuing obligation to file and serve an amended Disclosure Statement and Certification within ten (10) days of (1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or (2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some nonjudicial interest.

CIVIL CASE MANAGEMENT AND PROPOSED SCHEDULING ORDER: Counsel and any unrepresented party shall confer and submit, in Word format, a Proposed Scheduling Order using the form provided on Judge Lea's website ([Judge Brian Lea | Western District of Tennessee | United States District Court](#)). The Proposed Scheduling Order(s) shall be submitted in Word format to the ECF inbox provided on Judge Lea's website. The Proposed Scheduling Order(s) shall be constructed assuming that the scheduling conference will take place fourteen (14) days after submission of the proposed order and then building all other deadlines upon that date. The Proposed Scheduling Order(s) shall be filed and submitted: (1) in any action originating in this Court, within forty (40) days after any defendant appears in the action or within seventy (70) days after any defendant is served or waives service, whichever period is

earlier, (2) within forty (40) days after the docketing of an action removed or transferred to this court, or (3) within seventy (70) days after service on the United States attorney in an action against the United States, a United States agency, a United States officer or employee sued only in an official capacity, or a United States officer or employee sued in an individual capacity in connection with a duty performed on behalf of the United States.

SCHEDULING CONFERENCE: A scheduling conference will be conducted by the Court as soon as possible following the submission of the Proposed Scheduling Order or expiration of the deadline for same. The Scheduling Conference will be conducted in accordance with Rule 16 of the Federal Rules of Civil Procedure and Local Rules 16.1 through 16.3. The parties should be prepared to discuss the topics identified in those Rules as well as those identified in Rule 16(f) of the Federal Rules of Civil Procedure and in the Court's template Proposed Scheduling Order. In addition, the parties should be prepared to discuss: the status of the case, the general nature of the claims and defenses, and any issues of jurisdiction or timeliness. If motions pertaining to such issues have already been filed, the Court should be advised at the scheduling conference that the case involves preliminary issues which may require early disposition. Counsel should also be prepared to address any pending motions and motions that may be made orally at the conference. A Scheduling Order will be entered following the conference.

ELECTRONIC FILING: Under Local Rule 5.1 and this Court's Electronic Case Filing Policies and Procedures, attorneys appearing before this court are required to register for CM/ECF docketing. Counsel are directed to the Electronic Case Filing Attorney User Manual

available on the Court's website (https://www.tnwd.uscourts.gov). (Note: pro se parties are exempt from the electronic filing requirement.)

CONSENT TO TRIAL BY MAGISTRATE JUDGE: Under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties may consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the trial. If the parties wish to consent, they are directed to fill out the attached Magistrate Consent Form and file the form with this Court.

In addition to the foregoing requirements, parties are advised to consult and adhere to the Local Rules, which will be strictly enforced.

ORDERED in Memphis, Tennessee, on July 14, 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

Attachments:
Notice of a Related Action
Certificate of Interested Persons and Corporate Disclosure Statement
Magistrate Judge Consent Forms/Entire Case Magistrate Judge Consent/Specified Motions

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

PLAINTIFF,

     Plaintiff(s),

v.                                        Case No: xx CV xxx

DEFENDANT,                            Judge Brian C. Lea

     Defendant(s).

_____

## <u>NOTICE OF A RELATED ACTION</u>

     I certify that the instant action:

_____          IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____          IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency

Dated: _____

_____
Counsel of Record or pro se Party
[Address and Telephone]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

PLAINTIFF,

    Plaintiff(s),

v.                                                  Case No: xx CV xxx

DEFENDANT,                                   Judge Brian C. Lea

    Defendant(s).

_____

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    [insert list]

2.)    the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

    [insert list]

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

[insert list]

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

[insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

[Date]

_____

[Certificate of Service]                           [Counsel of Record or pro se Party]
[Address and Telephone]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

PLAINTIFF,

     Plaintiff(s),

v.
                                                Case No: xx CV xxx

DEFENDANT,
                                                Judge Brian C. Lea

     Defendant(s).

---

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

     *Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

     You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

     *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all posttrial proceedings.

*Printed names of parties and attorneys*      *Signatures of parties or attorneys*      *Dates*

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____


**Reference Order**

IT IS ORDERED that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and entry of a final judgment in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73.


_____
DATE

_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

PLAINTIFF,

     Plaintiff(s),

v.
                                               Case No: xx CV xxx

DEFENDANT,
                                               Judge Brian C. Lea

     Defendant(s).


## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (*identify each motion by document number and title).*

     MOTION(S)        _____

_Printed names of parties and attorneys_      _Signatures of parties or attorneys_      _Dates_

## REFERENCE ORDER

IT IS ORDERED:   The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

DATE

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.